PROB 12B
ED/AR (8/2002)

**United States District Court**
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 27 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Brandi Sue Smith | Case Number: 4:06CR00135-04 WRW |

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense: Aiding and abetting in counterfeiting United States obligations

Date of Sentence: May 17, 2007

Sentence: Time served, 3 years supervised release, DNA collection, mandatory drug testing, substance abuse treatment, mental health treatment, defendant is to be placed in residential treatment for a period of one (1) month beginning the first month of supervised release, defendant is to be placed in chem-free living for a period of seven (7) months to follow residential treatment; and $100 special penalty assessment

| | |
|---|---|
| Type of Supervision:   Supervised Release | Date Supervision Commenced:  May 17, 2007<br>Expiration Date:  August 5, 2010 |
| Asst. U.S. Attorney: Edward O. Walker | Defense Attorney:  To be appointed |

U.S. Probation Officer: Elaine P. Staton
Phone No.: 870-972-5189 or 935-1510

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall participate in a residential re-entry center, the City of Faith, for a period of 180 days following completion of residential treatment for a period of not less than 28 days. Additionally, Ms. Smith shall participate in mental health counseling under the guidance and supervision of the probation office, during and upon release, from the residential re-entry center. Ms. Smith shall participate in a program of outpatient substance abuse treatment while at the residential re-entry center.

### CAUSE

On June 11, 2009, Ms. Smith was arrested for disorderly conduct, a misdemeanor, in Paragould, Arkansas, by the Arkansas State Police. The arrest was a result of a domestic dispute between Ms. Smith and her boyfriend's sister. On June 15, 2009, she appeared in Greene County District Court where she was sentenced to time served.

Prob 12B
-2-
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Brandi Sue Smith          Case Number:  4:06CR00135-04 WRW

On August 26, 2009, Ms. Smith tested positive for methamphetamine via testcup. She admitted to using methamphetamine on August 24, 2009. She signed an admission of drug use form stating the same.

On October 1, 2009, Ms. Smith tested positive for opiates via testcup. She admitted she took hydrocodone that was not prescribed to her. She signed an admission of drug use form stating this.

Additionally, on October 1, 2009, she admitted she tested positive for methamphetamine with her state parole officer in Paragould, Arkansas. She admitted that she had been associating with known felons, Tammy Sessons, Cindy Weatherford, and Justin Nolan. She also admitted that she has moved several times in the past few weeks and lied about where she was living. She is currently staying with her aunt, who is also a convicted felon, until she can obtain placement in residential substance abuse treatment followed by housing in the residential re-entry center, City of Faith. She stated she does not have anywhere to live that does not have felons in the residence.

Other violations include Ms. Smith's failure to provide proof of employment income or unemployment benefits. She has failed to submit monthly supervision reports for the months of August and September 2009 also.

Placement in residential substance abuse treatment will be beneficial to address Ms. Smith's recent illegal drug use. Placement at the residential re-entry center, specifically the City of Faith, will allow Ms. Smith to have a structured living environment with guidance for employment opportunities while being afforded mental health and substance abuse counseling.

Ms. Smith has signed a CJA 23 for appointment of counsel. The Federal Public Defender's office has been contacted and Ms. Smith's agreement to this modification has been discussed with her attorney.

_____          _____
Elaine P. Staton                                          Edward O. Walker
U.S. Probation Officer                                Assistant U.S. Attorney

Date: October 13, 2009                           Date: 10-26-2001

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Brandi Sue Smith                    Case Number: 4:06CR00135-04 WRW

_____
Signature of Judicial Officer

10/27/2009
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Rebecca Julpen_  chp GPS
Supervising U.S. Probation Officer

EPS/khm

c: Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203
   Defense counsel to be appointed

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a residential re-entry center, the City of Faith, for a period of 180 days following completion of residential treatment for a period of not less than 28 days. Additionally, Ms. Smith shall participate in mental health counseling under the guidance and supervision of the probation office, during and upon release, from the residential re-entry center. Ms. Smith shall participate in a program of outpatient substance abuse treatment while at the residential re-entry center.

Witness: _____  Signed: _____
U.S. Probation Officer                       Probationer or Supervised Releasee

_____10-08-09_____
DATE