IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs        4:06CR00135-04-WRW

BRANDI SUE SMITH

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 6 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in mental health counseling during incarceration. The defendant is remanded into the custody of the U.S. Marshal. No supervised release will follow incarceration.

IT IS SO ORDERED this 15th day of June, 2010.

               /s/Wm. R. Wilson, Jr.
               UNITED STATES DISTRICT JUDGE

supvrl.2.Smith2.wpd